OPINION — AG -(1) ONLY THE BOARD OF COUNTY COMMISSIONERS CAN CHANGE THE BOUNDARIES OF THE COMMISSIONER DISTRICTS. (2) SINCE THE ACTION OF THE COUNTY ELECTION BOARD WAS WITHOUT AUTHORITY OF LAW, THE RESIDENTS OF THE TWO ADDITIONS TO THE CITY OF PAWNEE ARE NOW AND ALWAYS HAVE BEEN ELECTORS IN COMMISSIONER DISTRICT NO. 1 CITE: 26 O.S. 1961 25 [26-25], 19 O.S. 1961 321 [19-321] (W. J. MONROE)